**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Terrance LANCASTER, Defendant–Appellant.**

No. 02–7226.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 21, 2002.

Terrance Lancaster, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, John Eric Evenson, II, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Terrance Lancaster seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court

that Lancaster has not made a substantial showing of the denial of a constitutional right. *See United States v. Lancaster,* Nos. CR–01–1–HO; CA–02–40–4–H (E.D.N.C. June 14, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*